```
                                                     2012 JAN 31  A 11: 33
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )
                                         )
    v.                                   )   2:10-CR-454-JCM (GWF)
                                         )
EFRAIN GARCIA,                           )
                                         )
            Defendant.                   )

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT EFRAIN GARCIA

On November 2, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and (a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) forfeiting property of defendant EFRAIN GARCIA to the United States of America. Docket #103.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and (a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) that the forfeiture of the property named in the Preliminary Order of Forfeiture (#103) is final as to defendant EFRAIN GARCIA.

DATED this _31st_ day of _Jan_, 2012.

_____
UNITED STATES DISTRICT JUDGE