# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-454-JCM (GWF) |
| NABOR GARCIA, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT NABOR GARCIA

On November 10, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and (a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) forfeiting property of defendant NABOR GARCIA to the United States of America. Docket #111.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and (a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) that the forfeiture of the property named in the Preliminary Order of Forfeiture (#111) is final as to defendant NABOR GARCIA.

DATED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE